Joseph Blume et al., Appellants, v. Victor H. Munnecke et al., Appellees.

Gen. No. 41,228.

opinion filed December 23, 1940. Ratner, Miller & Ratner and Benjamin Levinson, for appellants; David J. Ratner and George J. Miller, of counsel; Pennish & Rashbaum and

Norman C. Barry for certain appellees; Lawrence Kasakoff, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."